UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:   Marilyn A. Owens                                                   Case No: 19-30515
                                                                            Chapter 13
         Debtor(s)

## ATTORNEY FEE ADDENDUM IN CHAPTER 13 CASE

In Compliance with the Standing Order Regarding "NO-LOOK" FEES AND ADDENDUMS IN CHAPTER 13 CASES (the "Standing Order"), counsel for debtor(s) make the following election and certification regarding compensation for representation and reimbursement of expenses in the above captioned case:

1.
( )  Counsel for debtor(s) elects to file and notice a separate application for fees and expenses in this case in lieu of electing the "no-look" fee pursuant to the Standing Order and the guidelines set forth therein, particularly 11 U.S.C. §330, F.R.B.P. 2016, LBR 2016-1, and the United States Trustee Guidelines.   **OR**

2.
(X)  Counsel for debtor(s) elects to request the "no-look" pre-confirmation fee pursuant to Standing Order and agrees to the provisions and guidelines set forth therein. Counsel acknowledges that any and all pre-confirmation fees and advances made for expenses and filing fees included in the "no-look" fee, not to exceed $3,000.00, excluding the representation of a debtor in an Adversary Proceeding, and the prescribed fees for post-confirmation services, as described in the "Standing Order," computed as follows:

(X) $3,000.00  **OR** $_____ (Amount less than $3,000.00, if counsel has agreed to same);
   In addition, counsel for debtor is entitled to additional payments of $100.00 per month for the last six months of the plan if and only if the debtor/case/attorney are in compliance with the provisions of the Standing Order.

**OR**

( )  The monthly plan payments to the Trustee are less than $300.00 a month. accordingly, Counsel has agreed to a reduction of the no-look fee as follows:

The monthly plan payments in this case to the Trustee are **$500.00**. Therefore, the attorney fee is reduced to the higher of:

_____10X the monthly payments to the trustee.

_____10X the specific monthly disbursements under the plan, which are _____, per month, to creditors/claimants by both the Trustee and the Debtor(s), not to exceed $3,000.00.

**RESULTING IN A NO-LOOK FEE IN THIS CASE IN THE AMOUNT OF $3,600.00**

/s/  James W. Spivey II
      Debtor's Counsel                                                Date:  April 6, 2019